JACKSON LEWIS P.C.
ERIKA M. BARBARA (SBN 215702)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: *erika.barbara@jacksonlewis.com*

Attorneys for Defendant
GENESIS BEHAVIOR CENTER INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BRENDA CASTRO, CHRISTY EROL, | Case No. |
| Plaintiffs, | **DEFENDANT GENESIS BEHAVIOR CENTER INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| vs. | |
| GENESIS BEHAVIOR CENTER, INC. A California Corporation; and DOES 1-50, inclusive, | **[28 U.S.C. §§ 1331, 1441(a), 1446 FEDERAL QUESTION JURISDICTION]** |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION, AND TO PLAINTIFFS BRENDA CASTRO AND CHRISTY EROL AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Genesis Behavior Center Inc. ("Defendant") hereby removes the below-referenced action from the Superior Court of the State of California, in and for the County of Sacramento, to the United States District Court for the Eastern District of California, Sacramento Division. This removal is made pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446 and on the following grounds:

///

///

///

1

**JURISDICTION**

1.     The Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331.  This case is being removed pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446 because it involves a federal question.

**TIMELINESS OF REMOVAL**

2.     On or about December 20, 2021, Plaintiffs Brenda Castro and Christy Erol ("Plaintiffs") filed an action in the Superior Court of the State of California, in and for the County of Sacramento, entitled *Brenda Castro, Christy Erol v. Genesis Behavior Center, Inc., A California Corporation; and Does 1-50, inclusive,* which was designated by that court as Case No. 34-2021-00312959 ("Complaint").  (Declaration of Erika M. Barbara, "Barbara Decl.", ¶ 2, Exh. A.)

3.     In their Complaint, Plaintiffs allege the following five causes of action against Defendant:  (1) Violations of Labor Code § 1102.5 *et seq.*; (2) Breach of Cal. Gov. Code § 12900 *et seq.,* Labor Code Section 1102.5 *et seq.,* and FEHA Retaliation; (3) Breach of Cal. Gov. Code § 12900 *et seq.*: Medical/Physical Condition Discrimination, and/or Perceived Medical/Physical Condition Discrimination; (4) Breach of Families First Coronavirus Response Act; and (5) Breach of Cal. Gov. Code § 12940 *et seq.*: Failure to Prevent Retaliation, Discrimination.  (*Id.* at ¶ 2, Exh. A at ¶¶ 31-61.)

4.     On January 7, 2022, Plaintiffs forwarded the Complaint, Summons, Civil Case Cover Sheet, and Order Re: Delay in Scheduling Initial Case Management Conference to counsel for Defendant with a Notice and Acknowledgment of Receipt—Civil, pursuant to California Code of Civil Procedure section 415.30.  (*Id.* at ¶ 3, Exhs. A-D.)

5.     On January 27, 2022, counsel for Defendant signed the Notice and Acknowledgment of Receipt—Civil, acknowledging service of the documents as of that date and forwarded it to Plaintiffs on the same date.  (*Id.* at ¶ 5.)

///

///

///

Defendant Genesis Behavior Center Inc.'s Notice of Removal of Civil Action to Federal Court
[28 U.S.C. §§ 1331, 1441(a), 1446 Federal Question Jurisdiction]

6.      On February 25, 2022, Defendant timely filed its Answer to Plaintiffs' unverified Complaint for Damages ("Answer") with the Sacramento County Superior Court of the State of California.  The Answer included a general denial as permitted by California Code of Civil Procedure section 431.30(d) and asserted various affirmative defenses.  (*Id.* at ¶ 6, Exh. F.)

7.      Exhibits A through F attached to the accompanying Declaration of Erika M. Barbara constitute all the process, pleadings, orders, and other documents served on Defendant in the action and/or currently on file in the action.  (*Id.* at ¶ 7.)

8.      Defendant's removal is timely under 28 U.S.C. § 1446(b) because it was filed within thirty (30) days after Defendant was first served with a copy of Plaintiffs' Complaint, the initial pleading upon which this removal is based.

## REMOVAL BASED ON FEDERAL QUESTION

9.      This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, and the action is removable pursuant to 28 U.S.C. § 1441(a), because the action involves alleged violations of the laws of the United States.  Specifically, Plaintiffs allege that Defendant violated the Families First Coronavirus Response Act ("FFCRA") [29 U.S.C. § 2601 *et seq.*] by retaliating against them and terminating their employment for exercising their rights under the FFCRA. (Barbara Decl., ¶ 2, Exh. A at ¶¶ 52-56.)

10.    This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(a), over the remaining claims and issues alleged in the Complaint, as they all arise from the same nucleus of operative facts; *i.e.*, the same case, controversy, transactions and/or occurrences.  Like their FFCRA claim, Plaintiffs' remaining claims concern allegations regarding their employment with Defendant and the events leading to their termination.  Each of Plaintiffs' claims would ordinarily be expected to be tried in a single judicial proceeding.

## VENUE IS PROPER

11.    Venue lies in the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1391(b) and 1441(a) because the state action was filed in this district and this is the judicial district in which the action arose.

///

1

**NOTICE TO PARTIES AND STATE COURT**

2       12.     Promptly after the filing of this Notice of Removal in the United States District

3   Court for the Eastern District of California, written notice of the removal will be given by the

4   undersigned to Plaintiffs, through their counsel, and a copy of this Notice of Removal will be filed

5   with the Clerk of the Sacramento County Superior Court of the State of California.

6

**CONSENT TO REMOVAL**

7       13.     Defendant is not aware of any other defendants having been named or served with

8   the Complaint in this action, and Defendant is the only defendant who has appeared in this action

9   at the time of filing of this Notice of Removal.  (Barbara Decl., ¶ 8.)  Accordingly, pursuant to

10   28 U.S.C. § 1446(b), there are no other defendants who must consent to removal.

11       WHEREFORE, Defendant prays that the above action now pending against it in the

12   Sacramento County Superior Court of the State of California be removed to this Court.

13

14   Dated:  February 28, 2022                              JACKSON LEWIS P.C.

15

16                                                  By: _/s/ Erika M. Barbara_____
                                                          Erika M. Barbara

17                                                  Attorneys for Defendant
                                                    GENESIS BEHAVIOR CENTER INC.
18

19

20

21

22

23

24

25

26

27

28

Defendant Genesis Behavior Center Inc.'s Notice of Removal of Civil Action to Federal Court
[28 U.S.C. §§ 1331, 1441(a), 1446 Federal Question Jurisdiction]

**PROOF OF SERVICE**

I, Larysa H. Nowacoski, declare:

I am employed in the County of Sacramento, State of California.  I am over the age of 18 years and not a party to the within action; my business address is Jackson Lewis P.C., 400 Capitol Mall, Suite 1600, Sacramento, California 95814.

On February 28, 2022, I served the within:

**DEFENDANT GENESIS BEHAVIOR CENTER INC.'S
NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT
[28 U.S.C. §§ 1331, 1441(a), AND 1446
FEDERAL QUESTION JURISDICTION]**

on the parties in said action:

| X | by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as set forth below with postage thereon fully prepaid, for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of correspondence for mailing, of which I am readily familiar.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. |
|---|---|

| Mark P. Velez, Esq.<br>Natalya V. Grunwald, Esq.<br>The Velez Law Firm, PC<br>3010 Lava Ridge Court, Suite 120<br>Roseville, CA  95661 | *Attorneys for Plaintiffs*<br>*Brenda Casto and Christy Erol*<br><br>Telephone:  (916) 774-2720<br>Facsimile:  (916) 774-2730<br>E-mail:  *velezlaw@live.com* |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __28__ day of February, 2022 at Sacramento, California.

Larysa H. Nowacoski