MARK P. VELEZ, ESQ. (SBN 163484)
NATALYA V. GRUNWALD, ESQ. (SBN 265084)
**THE VELEZ LAW FIRM, PC**
3010 Lava Ridge Court, Suite 120
Roseville, California 95661
Telephone: (916) 774 – 2720
Facsimile: (916) 774 – 2730

Attorneys for Plaintiffs
CASTRO, EROL

JACKSON LEWIS P.C.
ERIKA M. BARBARA (SBN 215702)
400 Capitol Mall, Ste. 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
GENESIS BEHAVIOR CENTER INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BRENA CASTRO, CHRISTY EROL<br><br>Plaintiffs,<br><br>v.<br><br>GENESIS BEHAVIOR CENTER, INC., A California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00372-TLN-AC<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT AND TO REMAND ACTION BACK TO STATE COURT** |

IT IS HEREBY STIPULATED by and between Plaintiffs BRENDA CASTRO and CHRISTY EROL ("Plaintiffs) and Defendant GENESIS BEHAVIOR CENTER, INC. ("Defendant") (collectively referred to as "the Parties"), through their respective counsel of record, that Plaintiffs will file a First Amended Complaint in this Court removing their sole claim brought under federal law and that this matter will then be remanded back to Sacramento County Superior Court for lack of subject matter jurisdiction.

The parties stipulate to the above based upon the following good cause:

1. WHEREAS Plaintiffs filed Complaint for Damages in Sacramento County Superior Court on or about December 20, 2021.

2. WHEREAS the Complaint for Damages included five causes of action, including several FEHA causes of action, Labor Code section 1102.5 violation cause of action and Breach of Families First Coronavirus Response Act cause of action.

3. WHEREAS on or about February 28, 2022, Defendant GENESIS BEHAVIOR CENTER, INC. removed the action to this Court based on 28 U.S.C § 1441 (a) as the action involved alleged violations of the laws of United States. Specifically, the Complaint for Damages included allegations of violations of the Families First Coronavirus Response Act ("FFCRA") [29 U.S.C. §2601 *et seq*.].)

4. WHEREAS Plaintiffs have agreed to forgo their Families First Coronavirus Response Act cause of action and intend to file a First Amended Complaint that omits their FFCRA cause of action, a true and correct copy of which is attached hereto as Exhibit 1.

5. WHEREAS Defendant does not object to Plaintiffs filing the First Amended Complaint attached as Exhibit WHEREAS the filing of the First Amended Complaint attached as Exhibit 1 will eliminate the Court's jurisdiction over the case.

6. WHEREAS Plaintiffs are requesting this matter, based on the filing of the First Amended Complaint, be remanded back to Sacramento County Superior Court.

7. WHEREAS Defendant will not object to the remand of this matter to Sacramento County Superior Court.

THE VELEZ
LAW FIRM
**Attorneys at Law**
3010 Lava Ridge Ct,
Suite 120
Roseville, CA 95661

STIPULATION AND ORDER TO FILE FAC AND REMAND TO STATE COURT

2

8. WHEREAS the Parties agree that Defendant will file an answer to Plaintiffs' First Amended Complaint once the case is remanded to Sacramento County Superior Court.

Accordingly, the Parties request the following:

1. That Plaintiffs be granted leave to file the First Amended Complaint for Damages, attached hereto as Exhibit 1.

2. Upon Plaintiffs' filing of the First Amended Complaint for Damages, attached hereto as Exhibit 1, the Court will remand the matter back to Sacramento County Superior Court.

3. Defendant's answer to Plaintiffs' First Amended Complaint for Damages will be filed in Sacramento County Superior Court after the matter is remanded.

Dated:   March 28, 2022                    THE VELEZ LAW FIRM

          /s/Mark P. Velez.
By: Mark P. Velez, Esq.
Natalya V. Grunwald, Esq.
Attorneys for Plaintiffs
BRENDA CASTRO, CHRISTY EROL

Dated:   March 28, 2022                    JACKSON LEWIS P.C.

          /s/Erika M. Barbara
By: Erika M. Barbara, Esq.
Attorneys for Defendant
GENESIS BEHAVIOR CENTER, INC.

THE VELEZ
LAW FIRM
**Attorneys at Law**
3010 Lava Ridge Ct,
Suite 120
Roseville, CA 95661

STIPULATION AND ORDER TO FILE FAC AND REMAND TO STATE COURT
3

## **ORDER**

The Court, having reviewed the stipulation of the parties, finds good cause to order as follows:

1. The First Amended Complaint is deemed filed.

2. The action is remanded back to Sacramento County Superior Court.

3. Defendants answer to Plaintiffs' First Amended Complaint is to be filed in Sacramento County Superior Court within 30 days of the action being remanded.

**IT IS SO ORDERED.**

Dated: March 30, 2022

_____
Troy L. Nunley
United States District Judge